LOUIS BALDINGER and OSCAR KUPFERMAN, Appellants, *v.* FRED
TURKOWSKY, Respondent.

APPEAL from a judgment rendered in favor of the defendant
in the Municipal Court of the city of New York, second district,
borough of Manhattan.

Jehiel T. Hurd, for appellants.

Joseph Steiner, for respondent.

SCOTT, J. It is well settled that it is not necessary to obtain
leave to sue upon a judgment rendered in a district court, even
although a transcript has been filed in the office of the county
clerk. Harris v. Steiner, 30 Misc. Rep. 624. Municipal courts
in this city have jurisdiction of actions founded upon judgments
" rendered " in a district court of the city of New York. Code
Civ. Pro., §§ 2862, 3215. Although after the transcript of such
a judgment has been docketed in the county clerk's office it is
deemed to be a judgment of the Supreme Court, it still remains a
judgment which has been " rendered " in the District Court.
Dieffenbach v. Roch, 112 N. Y. 621. Consequently it is a judg-
ment upon which an action can be brought in the Municipal
Court. The defendant's motion to dismiss was not on the general
ground that the plaintiffs had not proved a case, nor upon the
ground that it did not appear that the defendant here was the same
person against whom the judgment was obtained. Doubtless if he
had moved on either of these grounds the defect would have been
supplied. Not having specified this supposed defect in the proof
as a reason for dismissing the complaint he must be deemed to
have waived it.

McADAM, P. J., and MacLEAN, J., concur.

Judgment reversed, and new trial granted, with costs to appel-
lants to abide event.